**R&C** | RUTHERFORD & CHRISTIE LLP
NEW YORK   ATLANTA

April 27, 2022

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *S. J. v. Choice Hotels, et al.*
      *Docket No: 1:19-cv-06071 (DG)(PK)*

Dear Magistrate Judge Kuo:

   We are writing on behalf of all the parties in this matter and are pleased to advise that this afternoon a settlement has been reached between the parties. We thank Your Honor for your assistance in reaching this settlement and request that the docket remain open for another sixty (60) days in order to afford us time to execute the necessary settlement papers, tender the settlement funds and file a Stipulation of Dismissal to be So Ordered by the Court.

      Respectfully Submitted,

    **RUTHERFORD & CHRISTIE, LLP**

    David S. Rutherford

cc: All Counsel (via ECF)

800 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10022-7649
T: (212) 599-5799 | F: (212) 599-5162
www.RUTHERFORDCHRISTIE.com