UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

S.J., an individual,

                                                1:19-CV-06071 (DG)

                            Plaintiff,                        **STIPULATION OF**
                                                    **DISCONTINUANCE**
                      -against-                     **WITH PREJUDICE**

CHOICE HOTELS INTERNATIONAL, INC.,
WYNDHAM HOTELS & RESORTS, LLC
d/b/a HOWARD JOHNSON INN and
WYNDHAM HOTELS AND RESORTS, LLC
d/b/a HOWARD JOHNSON INN,
WYNDHAM HOTELS & RESORTS, INC.,
JAV, INC., HOWARD JOHNSON
INTERNATIONAL, INC., SHANTA
HOSPITALITY LLC,

                                Defendants,

---------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for the plaintiff and the defendants, the parties to the above-entitled

action, and Plaintiff having previously amended the complaint to withdraw all claims

against Wyndham Hotels & Resorts, LLC and Wyndham Hotels and Resorts, LLC and

Plaintiff hereby stipulating that its withdraw of such claims was with prejudice, that the

Plaintiff's action and all cross-claims between the Defendants are hereby dismissed **with**

**prejudice**, without costs to either party as against the other.

Dated: New York, New York
       July **19** , 2022

**DOUGLAS & LONDON, PC**

By: _____
Randolph Janis, Esq.
Attorneys for Plaintiff
59 Maiden Lane, Floor 6
Cedarhurst, New York 11516
(646) 450-3484

**RUTHERFORD & CHRISTIE, LLP**

By: _____
David S. Rutherford, Esq.
Attorneys for Defendant
JAV, INC.
800 Third Avenue, 9th Floor
New York, New York 10022
(212) 599-5799

**DLA PIPER, LLP**

By: _____
David Sager, Esq.
Attorneys for Defendant
WYNDHAM HOTELS &
RESORTS, INC and HOWARD
JOHNSON INTERNATIONAL, INC.
51 JFK Parkway, Suite 120
Short Hills, New Jersey 07078
(973) 520-2570

**RENDE RYAN & DOWNES, LLP**

By: _____
John Polinsky, Esq.
Attorneys for Defendant
SHANTA HOSPITALITY LLC
202 Mamaroneck Avenue, Suite 600
White Plains, New York 10601-5312
(914) 681-0444

**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ**

By: _____
Sara M. Turner, Esq.
Attorneys for Defendant
CHOICE HOTELS INERNATIONAL, INC.
420 20TH Street North, Suite 1400
Birmingham, Alabama 35203
(205) 488-3716

So Ordered:

_____
Diane Gujarati, U.S.D.C.

2